UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DUJUAN THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:07–0221 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| DAVIDSON TRANSIT ORGANIZATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 88) is **GRANTED** and this case is hereby **DISMISSED.** Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 20th day of July 2010.

_____
ALETA A. TRAUGER
United States District Judge